1

**KEITH A. ROBINSON, Esq**.
(CSBN 126246)
2
ATTORNEY AT LAW
2945 Townsgate Road, Suite 200
3
Westlake Village, CA 91361
Tel: 310.849.3135
4
Fax: 818.279.0604
keith.robinson@karlawgroup.com
5

**SHARP LAW, LLP**
Ruth Anne French-Hodson, *pro hac vice*
4820 West 75th Street
Prairie Village, Kansas 66208
Tel: 913-901-0505
rafrenchhodson@midwest-law.com

6
Attorneys for Plaintiffs LAUREN SMITH, MARY BAJO COLETTA, JENNA
JOHNSON, ABBEY JOHNSTON, RILEY BUCCI, KELSEY GROSS, STEVIE
7
McCARTIN, ELAINE LAKE, COURTNEY NEMMERS, TRACY TANKARD,
MALLORY VANDYKE, AND JESSICA AUJERO individuals, on behalf of
8
themselves and others similarly situated

9
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**
10

11
**LAUREN SMITH, MARY BAJO**
**COLETTA, JENNA JOHNSON,**
12
**ABBEY JOHNSTON, RILEY BUCCI,**
**KELSEY GROSS, STEVIE**
13
**McCARTIN, ELAINE LAKE,**
**COURTNEY NEMMERS, TRACY**
14
**TANKARD, MALLORY VANDYKE,**
**and JESSICA AUJERO, individuals,**
15
**on behalf of themselves and others**
**similarly situated,**
16

Plaintiffs,
17

18
                 v.
19

20
**PLUM, PBC,**
**PLUM, INC., D/B/A PLUM**
21
**ORGANICS,**
**CAMPBELL SOUP COMPANY,**
22
**BEECH-NUT NUTRITION**
**COMPANY,**
23
**GERBER PRODUCTS COMPANY,**
24
**NURTURE, INC., D/B/A**
**HAPPYFAMILY ORGANICS,**
25
**HAIN CELESTIAL GROUP,**
26
**SAFEWAY INC.,**
27

                 Defendants.
28

) Case No. 4:21-CV-02519-YGR
)
)
)
)
) **ORDER OF DISMISSAL**
) **WITHOUT PREJUDICE**
) **PURSUANT TO**
) **PLAINTIFFS' NOTICE OF**
) **VOLUNTARY DISMISSAL**
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

1

2

3          Plaintiffs LAUREN SMITH, MARY BAJO COLETTA, JENNA JOHNSON,

4    ABBEY JOHNSTON, RILEY BUCCI, KELSEY GROSS, STEVIE McCARTIN,

5    ELAINE LAKE, COURTNEY NEMMERS, TRACY TANKARD, MALLORY

6    VANDYKE, AND JESSICA AUJERO individuals, on behalf of themselves and

7    others similarly situated (collectively "Plaintiffs" ), by and through their counsel,

8    hereby voluntarily dismiss the above-captioned matter, without prejudice,

9    pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), each party to bear its own fees and

10   costs.

11

12   Dated: September 10, 2021.          Respectfully Submitted,

13                                        Attorneys for Plaintiff

14
                                          */s/ Ruth Anne French-Hodson*
15                                        Ruth Anne French-Hodson, *pro hac vice*
                                          Sarah T. Bradshaw, *pro hac vice*
16                                        SHARP LAW, LLP
                                          4820 West 75th Street
17                                        Prairie Village, KS 66208
                                          (913) 901-0505
18                                        rafrenchhodson@midwest-law.com
19                                        sbradshaw@midwest-law.com
20

21                                        KEITH A. ROBINSON, Esq. (CSBN 126246)
                                          2945 Townsgate Road, Suite 200
22                                        Westlake Village, CA  91361
                                          Tel: 310.849.3135
23                                        Fax: 818.279.0604
24                                        keith.robinson@karlawgroup.com

25

26

27

28
_____
                                     Page 2
     PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL, CASE NO. 4:21-cv-02519-YGR

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
9/14/2021
NORTHERN DISTRICT OF CALIFORNIA